**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**THELMA SMITH,**

        **Plaintiff,**

        - v -

**NATIONAL RAILROAD PASSENGER CORPORATION, et al.,**

        **Defendants.**
------------------------------------------------------------x

**ORDER**

**03 CV 905 (NG)(RLM)**

**GERSHON, United States District Judge:**

The thorough report of Magistrate Judge Mann, to which no objections have been filed, is adopted. The Clerk of Court is directed to enter a default judgment for civil battery against defendants Laura Caparla and Taylor Clark, jointly and severally, awarding damages in the amount of $25,000.

        **SO ORDERED.**

        _____/s/_____
        **NINA GERSHON**
        **United States District Judge**

**Dated:** Brooklyn, New York
        May 24, 2005